*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters.  Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-1266**

IN RE:  WARREN E. BROWN
                                        Petitioner.
**Bar Registration No.   405274**                    **BDN: 348-13**

BEFORE:    Oberly and Beckwith, Associate Judges, and Nebeker, Senior Judge.

**ORDER**
(FILED - November 27, 2013)

On consideration of Bar Counsel's report regarding petitioner's petition for reinstatement, wherein Bar Counsel informs the court that Mr. Brown has demonstrated that he is fit to resume the practice of law, and the petition for reinstatement, and it appearing that petitioner filed his D.C. Bar R. XI, §14 (g) affidavit on January 28, 2013, and therefore is eligible to file the petition for reinstatement, *see In re Brown*, 694 A.2d 886 (D.C. 1997), it is

ORDERED that petitioner's petition for reinstatement is granted.  It is

FURTHER ORDERED that Warren E. Brown, Esquire is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**